STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant DEGENHARDT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-13-0685 TEH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [~~PROPOSED~~]** |
| | ) | **ORDER TO CONTINUE STATUS** |
| ANGELO DEGENHARDT, | ) | **HEARING AND FOR EXCLUDING** |
| | ) | **TIME UNDER 18 U.S.C. § 3161** |
| Defendant. | ) | |

The parties in this case agree and jointly request the Court to move the next status conference in the above captioned case from January 6, 2014 to January 27, 2014 at 2:30 p.m. for a status conference/motions setting date.  The purpose of the requested continuance is because defense counsel needs time to interview several witnesses identified by the government as relevant to Mr. Degenhardt's trial pursuant to Federal Rule of Evidence 404(b).  Moreover, defense counsel needs to request and obtain a transcript from Mr. Degenhardt's most recent federal case out of the district of Utah prior to advising her client on the government's plea offer.  Defense counsel also needs to subpoena additional documents prior to offering her client her final advice on the government's plea offer, and intends to do so by means of Federal Rule of Evidence 17(c) over the coming week.

The parties also submit and agree that an exclusion of time under the Speedy Trial Act is needed for the entire period of time between January 6, 2014 and January 27, 2014.  In addition

to the tasks outlined above, defense counsel is also continuing to review the discovery regarding the appropriate loss amount in the case in order to assess the current plea offer made by the government.

The parties thus agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

For the reasons stated above, the parties stipulate to continue the status to January 27, 2014.

SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: January 2, 2014        _____/s/_____
                              KYLE WALDINGER
                              Assistant United States Attorney

DATED: January 2, 2014        _____/s/_____
                              ELIZABETH FALK
                              Attorney for Defendant Angelo Degenhardt

### [PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the status conference hearing in the aforementioned case from January 6, 2014 to January 27, 2014 at 2:30 p.m. The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 01/03/2014        _____
                              THE HONORABLE THELTON E. HENDERSON
                              United States District Judge