STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant DEGENHARDT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-13-0685 TEH |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DUE TO DEFENSE COUNSEL'S TRIAL** |
| ANGELO DEGENHARDT, ) | |
| Defendant. ) | |

The parties in this case agree and jointly request the Court to move the sentencing in this matter from May 12, 2014 to June 2, 2014 at 2:30 p.m.  The purpose of the requested continuance is because defense counsel will be in trial on May 12, 2014 before the Honorable Charles R. Breyer.

U.S. Probation Officer Trevor Lilian has been contacted by defense counsel, and has no objection to moving the sentencing to June 2, 2014 at 2:30 p.m.

SO STIPULATED:

                                  MELINDA HAAG
                                United States Attorney

DATED: April 10, 2014                  _____/S/_____
                                              KYLE WALDINGER
                                              Assistant United States Attorney

STIPULATION CONTINUING SENTENCING
CR 13-685 TEH

DATED: April 10, 2014              /S/
                                   ELIZABETH FALK
                                   Attorney for Defendant Angelo Degenhardt

[~~PROPOSED~~] ORDER

For the reasons stated above the Court hereby CONTINUES the sentencing hearing from May 12, 2014, to **June 2, 2014 at 2:30 p.m.**

IT IS SO ORDERED.

DATED: 04/10/2014



THE HONORABLE THELTON E. HENDERSON
United States District Judge

STIPULATION CONTINUING SENTENCING
CR 13-685 TEH