STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant DEGENHARDT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO DEGENHARDT,<br><br>Defendant. | No. CR-13-0685 TEH<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE SENTENCING<br>DUE TO DEFENSE COUNSEL'S<br>TRIAL**<br><br>IT IS SO ORDERED AS MODIFIED |

The parties in this case agree and jointly request the Court to move the sentencing in this matter from June 2, 2014 to June 9, 2014 at 2:30 p.m. The purpose of the requested continuance is because defense counsel will be in trial on May 12, 2014 before the Honorable Charles R. Breyer, and needs more time with Mr. Degenhardt to review and present objections to the draft Presentence Report. She anticipates trial will be concluded by May 13, 2014, which will allow enough time for meetings with Mr. Degenhardt and for the report to be finalized for an on-time delivery to the Court by May 19, 2014.

U.S. Probation Officer Trevor Lilian has been contacted by defense counsel, and has no objection to moving the sentencing to June 9, 2014 at 2:30 p.m.

SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney

STIPULATION CONTINUING SENTENCING
CR 13-685 TEH

DATED: May 7, 2014            /S/
KYLE WALDINGER
Assistant United States Attorney

DATED: May 7, 2014            /S/
ELIZABETH FALK
Attorney for Defendant Angelo Degenhardt

[PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the sentencing hearing from June 2, 2014 to June 30, 2014 at 2:30 p.m.

IT IS SO ORDERED.

DATED: 05/12/2014        _____
THE HONORABLE THELTON E. HENDERSON
United States District Judge

STIPULATION CONTINUING SENTENCING
CR 13-685 TEH