1  STEVEN G. KALAR
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant DEGENHARDT
6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,        )       No. CR-13-0685 TEH
                                    )
12          Plaintiff,              )
                                    )       **STIPULATION AND [PROPOSED]**
13     v.                           )       **ORDER TO ADVANCE SENTENCING**
                                    )       **DUE TO DEFENSE COUNSEL'S**
14 ANGELO DEGENHARDT,               )       **AVAILABILITY**
                                    )
15          Defendant.              )
   _____)

16

17       The parties in this case agree and jointly request the Court to advance the sentencing in

18 this matter from July 21, 2014 to June 30, 2014 at 2:30 p.m.  The purpose of the requested

19 advancement is due to the fact that the parties have reached a different negotiated disposition in

20 advance of schedule, and defense counsel may still be available to handle the sentencing on June

21 30, 2014 (and hopes to be able to provide Mr. Degenhardt with continuity of counsel).  In the

22 event Ms. Falk becomes unavailable, another Assistant Federal Public Defender is available to

23 cover the sentencing on June 30, 2014.  A copy of the new Plea Agreement between the parties

24 has been delivered to this Court's chambers by the government in advance of the filing of this

25 Stipulation and Proposed Order.

26       U.S. Probation Officer Trevor Lilian has been contacted by defense counsel, and has no

27 \\

28 \\

1   objection to moving the sentencing to June 30 2014 at 2:30 p.m.

2   SO STIPULATED:

3                                           MELINDA HAAG
                                            United States Attorney
4

5
    DATED: June 23, 2014                    _____/S/_____
6                                           KYLE WALDINGER
                                            Assistant United States Attorney
7

8   DATED: June 23, 2014                    _____/S/_____
                                            ELIZABETH FALK
9                                           Attorney for Defendant Angelo Degenhardt

10                              [PROPOSED] ORDER

11          For the reasons stated above the Court hereby ADVANCES the sentencing hearing from

12  July 21, 2014 **to June 30, 2014 at 2:30 p.m.**

13

14          IT IS SO ORDERED.

15

16

17

18
    DATED:   06/26/2014
19                                          _____
                                            THE _____. HENDERSON
20                                          United _____
21                                          Judge Thelton E. Henderson
22

23

24

25

26

27

28